IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIE JOHNSON, <br><br> Defendant. | 4:17-CR-3017 <br><br> **ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue sentencing hearing (filing 72) is granted.

2. Defendant Allie Johnson's sentencing is continued to February 23, 2018, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 17th day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge